

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 DEC -8 AM 8:48

LORETTA G. WHYTE
     CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER 00-171 |
| MARTHA SEWELL HERRING 27158-034 | SECTION "K" |

### O R D E R

MARTHA SEWELL HERRING has applied to this Court for post conviction relief. In order for the Court to determine the action, if any, that shall be taken on this application,

IT IS ORDERED that the Clerk of Court serve a copy of the application and this order on the United States Attorney for the Eastern District of Louisiana.

The United States Attorney for the Eastern District of Louisiana is ordered to file on or before January 14, 2005 with this Court, an answer containing a written statement of the Government's position concerning petitioner's application and a list of citations of authorities upon which the Government relies.

New Orleans, Louisiana, this 7th day of _____, 2004.

DATE OF ENTRY
DEC 8 2004

_____
UNITED STATES DISTRICT JUDGE