



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL DOCKET NO. 00-171 |
| VERSUS | : SECTION "K" (3) |
| JOHN HERRING and<br>SOUTHERN STYLE SUCCESS, INC. | : |

### JOINT MOTION TO CANCEL INSCRIPTIONS IN MORTGAGE RECORDS OF EAST BATON ROUGE

NOW INTO COURT, through undersigned counsel, comes The United States of America, and Stanford Trust Company, as Trustee of the Golden Age Home Care Center of Baton Rouge Deferred Compensation Plan and Trust, the Golden Age Home Care Center of Monroe Deferred Compensation Plan and Trust, the Golden Age Home Care Center of Hammond Deferred Compensation Plan and Trust, the Golden Age Home Care Center of Shreveport Deferred Compensation Plan and Trust, and the Golden Age Home Care Center of South Louisiana Deferred Compensation Plan and Trust (the "Golden Age Plans"), who respectfully request and move this Court to order that certain inscriptions within the mortgage records of East Baton Rouge Parish be canceled, to wit:

1.

DATE OF ENTRY
JAN - 7 2005

During the criminal prosecution of John and Martha Herring, several pleadings, notices of lis pendens, notices of Judgment, and notices of forfeiture were recorded in the mortgage records of East Baton Rouge Parish, wherein the Herrings and Southern Style Success owned real property.

2.

As a result of negotiations that have involved the United States of America through the Office of the U.S. Attorney and the Golden Age Plans, the Golden Age Plans now own a certain tract of land and office building in East Baton Rouge Parish (the "Office Building") that was formerly owned by Southern Style Success. The legal description of that property is:

> TWO (2) CERTAIN LOTS OR PARCELS OF GROUND, together with all the buildings and improvements thereon, situated in that subdivision of the Parish of East Baton Rouge, State of Louisiana known as SHERWOOD FOREST OFFICE PARK and being more particularly described according to the official plan of said subdivision on file and of record in the office of the Clerk and Recorder for the Parish of East Baton Rouge, Louisiana, as LOTS TWENTY-NINE (29) and THIRTY (30), SHERWOOD FOREST OFFICE PARK, said lot Twenty-Nine fronting One Hundred Eleven and 9/100 (111.09) feet on Sherwood Forest Boulevard and said lot Thirty (30) fronting Ninety (90') feet on Sherwood Forest Boulevard, said lots having such other dimensions as are shown on such map and being subject to any restrictions of record and servitudes as shown on Official Subdivision map recorded in Map Book 168, Official 547, Bundle 9215, Official Records of this Parish and State, all as more fully shown on the survey made by Breaux & Associates, Inc., dated February 3, 1989.

3.

The Golden Age Plans are attempting to sell the Office Building, and currently have signed a purchase agreement with a prospective buyer.

4.

The Golden Age Plans cannot obtain clear title to the Office Building until the following inscriptions within the mortgage records of East Baton Rouge Parish are canceled:

(a)   Notice of Lis Pendens recorded as Original 798, Bundle 11129,

(b)   Preliminary Order of Forfeiture recorded as Original 530, Bundle 11287,

(c)   Notice of Lien filed by the Department of Justice recorded as Original 157, Bundle 11368,

(d)   Judgment and Probation/Commitment Order recorded as Original 901, Bundle 11399, and

(e)   Final Order of Forfeiture recorded as Original 452, Bundle 11587.

WHEREFORE, the United States of American and Stanford Trust Company respectfully pray that an order issue canceling the aforementioned inscriptions contained within the mortgage records of East Baton Rouge Parish.

JIM LETTEN
UNITED STATES ATTORNEY

_____
Mr. Thomas L. Watson
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Room 210
New Orleans, Louisiana, 70130

_____
Mr. John P. Murrill, #23878
Taylor, Porter, Brooks & Phillips
451 Florida Street, Eighth Floor
Baton Rouge, Louisiana 70801

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL DOCKET NO. 00-171 |
| VERSUS | : SECTION "K" (3) |
| JOHN HERRING and SOUTHERN STYLE SUCCESS, INC. | : |

## ORDER

Considering the foregoing Motion to Cancel Inscriptions From Mortgage Records of East Baton Rouge Parish:

IT IS HEREBY ORDERED that the following inscriptions be canceled from the mortgage records of the Parish of East Baton Rouge, State of Louisiana:

(a)     Notice of Lis Pendens recorded as Original 798, Bundle 11129,

(b)     Preliminary Order of Forfeiture recorded as Original 530, Bundle 11287,

(c)     Notice of Lien filed by the Department of Justice recorded as Original 157, Bundle 11368,

(d)     Judgment and Probation/Commitment Order recorded as Original 901, Bundle 11399, and

(e)     Final Order of Forfeiture recorded as Original 452, Bundle 11587.

- 4 -

IT IS FURTHER ORDERED that the cancellation of these inscriptions shall be only as to the following property:

> TWO (2) CERTAIN LOTS OR PARCELS OF GROUND, together with all the buildings and improvements thereon, situated in that subdivision of the Parish of East Baton Rouge, State of Louisiana known as SHERWOOD FOREST OFFICE PARK and being more particularly described according to the official plan of said subdivision on file and of record in the office of the Clerk and Recorder for the Parish of East Baton Rouge, Louisiana, as LOTS TWENTY-NINE (29) and THIRTY (30), SHERWOOD FOREST OFFICE PARK, said lot Twenty-Nine fronting One Hundred Eleven and 9/100 (111.09) feet on Sherwood Forest Boulevard and said lot Thirty (30) fronting Ninety (90') feet on Sherwood Forest Boulevard, said lots having such other dimensions as are shown on such map and being subject to any restrictions of record and servitudes as shown on Official Subdivision map recorded in Map Book 168, Official 547, Bundle 9215, Official Records of this Parish and State, all as more fully shown on the survey made by Breaux & Associates, Inc., dated February 3, 1989.

Thus done and signed in New Orleans, Louisiana on the _5th_ day of ~~December~~ January, 2005.

_____
United States District Judge