U. S. DISTRICT COURT
Eastern District of Louisiana

FILED  APR 2 5 2005

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NUMBERS: Consolidated |
| VERSUS | * | (CRIMINAL NO. 00-171) |
| JOHN HERRING a/k/a JOHN MORRIS HERRING, SR., | * | SECTION: "K" (3) |
| MARTHA SEWELL a/k/a MARTHA HERRING, ET AL | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR EXTENSION OF TIME IN WHICH PETITIONERS JOHN AND MARTHA HERRING MAY TRAVERSE GOVERNMENT'S MEMO IN OPPOSITION TO HERRINGS' MOTIONS TO VACATE, SET ASIDE, AND TO CORRECT, MODIFY, RESENTENCE, OR SET FOR NEW TRIAL PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 2255**

\* \* \* \* \* \* \* \* \* \* \* \* \*

MAY IT PLEASE THE COURT, the Petitioners, John and Martha Herring, pray that they be granted an extension of time in which they may Traverse the Government's MEMO IN OPPOSITION to their §2255 MOTION. This time is needed due to delays in notification of petitioners regarding the Government's MEMO IN OPPOSITION. Although the MEMO IN OPPOSITION was filed on 2/2/2005, notification of petitioners was not completed until after 4/15/2005. This was due to problems with the mail service and/or confusion as to the proper address and procedure for notifying petitioner and Federal Prison Inmate John Herring.

Page 1

   WHEREFORE, Petitioners John and Martha Herring request to be allowed until June 1, 2005, to Traverse the Government's MEMO IN OPPOSITION to their Title 28, §2255 MOTION.


Respectfully,

*[signature: John M. Herring]*                *[signature: Martha Herring]*

John Herring (27157-034)           Martha Herring (27158-034)
Satellite Prison Camp              Cherokee A
P O Box 5010                       Federal Prison Camp
Oakdale, LA  71463-5010            P O Box 7006
                                   Marianna, FL

### CERTIFICATE OF SERVICE

   I certify that a copy of the foregoing has been served upon the United States Attorney, Hale Boggs Federal Building, New Orleans, LA., this 21st day of April, 2005.

*[signature]*
John M. Herring

O R D E R

IT IS HEREBY ORDERED, that in regard to Eastern District Court of Louisiana Criminal Case No. 00-171, Petitioners John and Martha Herring are granted an extension of time until June 1, 2005, in which to Traverse the Government's MEMO IN OPPOSITION to their Title 28, §2255 MOTION.

On this 25th day of April, 2005.

_____
United States District Court Judge
Eastern District of Louisiana

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon the United States Attorney, Hale Boggs Federal Building, New Orleans, LA, 70130, by mailing same to each, properly addressed and postage prepaid this 21st day of April, 2005.

_____
John M. Herring



John Herring (27157-034)
Satellite Prison Camp
P O Box 5010
Oakdale, LA   71463-5010

**LEGAL MAIL**

CLERK OF COURT
United States District Court
500 Camp Street
New Orleans, LA   70130