FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -8 PM 1:27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. 00-171

JOHN HERRING, ET AL.                         SECTION "K"

### JUDGMENT

Considering the foregoing Order and Reasons,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of the United States of America and against Martha Sewell-Herring and John Herring dismissing Martha Herring's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. 199) and John Herring's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. 200).

Houma, Louisiana, this _2nd_ day of December, 2005.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

___ Fee_____
___ Process_____
X   Dktd_____
V   CtRmDep_____
___ Doc. No_____